FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 2 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**KENDALE JOHNSON**,<br><br>Defendant. | CRIMINAL NO. 20-2126 JB<br><br>18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

On or about October 22, 2020, in San Juan County, in the District of New Mexico, the defendant, **KENDALE JOHNSON**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, assault with a dangerous weapon, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **KENDALE JOHNSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a 9 mm Ruger PC Carbine rifle, serial number 911-51020;

b. a black SKS 7.52x39mm collapsible stock rifle, serial number 92-02900;

c. a "Night Owl" night vision scope;

d. a black metal 9mm ammunition magazine; and

e. approximately 2 bullets.

A TRUE BILL:

15|
FOREPERSON OF THE GRAND JURY

/s/ K. Brantley
Assistant United States Attorney