# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| Case Number: | 20-2126 JB | UNITED STATES vs. Johnson | |
|---|---|---|---|
| Hearing Date: | 7/20/2021 | Time In and Out: | 9:39 am -9:48 am w/out Interpreter; ***10:14 am-10:30 am with Interpreter |
| Courtroom Deputy: | C. Lopez | Courtroom: | Hondo |
| Defendant: | Kendale Johnson | Defendant's Counsel: | John Butcher for Initial Only |
| AUSA: | | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | Esther Yazzie-Lewis | Witness: | |

### Initial Appearance

| | | | |
|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant wants Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Arraignment/Detention Hearing | on Thursday, July 22, 2021 | @ 9:30 am via ZOOM |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

### Detention

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☐ | |

### Custody Status

| | | |
|---|---|---|
| ☒ | Defendant  remanded to custody of United States Marshal's Service | |
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to      for Final Revocation Hearing |
| ☐ | |