(Rev. 06/19) Waiver of Detention Hearing

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

UNITED STATES OF AMERICA,

v.

KENDALE JOHNSON,

*Defendant*

Case No. 20-CR-2126 JB

## WAIVER OF DETENTION HEARING

I, KENDALE JOHNSON charged in: (an indictment) with Felon in Possession of a Firearm and Ammunition, Title 18 U.S.C. §§ 922(g)(1) and 924, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18. U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

Date: 7/22/21

X _____
*Defendant's signature*

_____
ARIC G. ELSENHEIMER, NM 121399
Attorney for Defendant
111 Lomas Blvd. NW Ste. 501
Albuquerque, NM 87102
Email: aric_elsenheimer@fd.org
Phone: (505) 346-2489
Fax: (505) 346-2494