# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                 No. CR 20-2126 JB

KENDALE JOHNSON,

    Defendant.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

THIS MATTER having come before the Court on the Federal Public Defender's motion to withdraw as counsel for the Defendant, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that Aric G. Elsenheimer and the Office of the Federal Public Defender are allowed to withdraw as counsel for Kendale Johnson.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
ARIC G. ELSENHEIMER
Assistant Federal Public Defender