IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 Case No. 20-cr-2126 DHU

KENDALE JOHNSON,

    Defendant.

### UNOPPOSED MOTION TO CONTINUE OCTOBER 3, 2022 TRIAL

Defendant Kendale Johnson moves this Court to vacate and continue the trial of this matter now set on the October 3, 2022, trailing docket for approximately sixty (60) days. As grounds for this motion, the Defendant states as follows:

1. On October 22, 2020, Mr. Johnson was indicted and charged with being a Felon in Possession of a Firearm and Ammunition violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and using and carrying a firearm during and in relation to a drug trafficking crime in violation and possessing a firearm in furtherance of such crime in violation of 18 U.S.C. § 922(g)(1) and 942. [Doc. 4]

2. The undersigned counsel was appointed to represent Mr. Johnson on January 19, 2022. [Doc. 29]

3. This matter is currently scheduled for Jury Selection and Trial on the Court's October 3, 2022, trailing docket, [Doc. 34]

4. The Defendant received discovery from the United States on, or about, January 27, 2022, which consists of numerous police reports and other documents, as well as photos, video and audio, all totaling more than 29 GB of data.

5. Additionally, on April 11, 2022, the United States made available additional discovery material, consisting of approximately 300 pages of material, which alludes to additional related investigation efforts into alleged crimes not part of the current indictment.

6. Defendant's counsel has now reviewed the bulk of this discovery material with Defendant and have recently engaged in plea discussions with the United States. These discussions have been encouraging and the parties are hopeful for resolution without the need for trial. However, additional discussion and potential approvals will require time to complete.

7. Mr. Johnson therefore requests a continuance of the October 3, 2022, trial to allow his counsel sufficient time to conduct plea negotiations with the Government, and for the parties to either agree on the form of a written plea agreement and schedule a change of plea setting with the Court or prepare for trial.

8. For these reasons, it is believed that the requested continuance is the absolute minimum time necessary for the Defendant's counsel to provide effective assistance of counsel to Mr. Johnson in this case. Counsel cannot and will not be ready for trial for at least sixty (60) days. The requested continuance is the minimum amount of time necessary.

9. The continuance of this matter will serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial by affording the Defendant the opportunity to conduct his own investigation into the allegations of this matter, and to either prepare for trial or negotiate a plea agreement whereby his exposure may be limited and judicial economy advanced. Accordingly, the continuance sought by the Defendant is appropriate under 18 U.S.C. §3161(h)(7)(A), (B)(iv). *See United States v. Toombs*, 574 F.3d 1262, 1268-69, 71-73 (10th Cir. 2009); *United States v. Hernandez-Mejia*, 406 Fed. Appx. 330 (10th Cir. 2011) (unpublished).

10. The Defendant understands that the time between this motion and the date of jury selection shall be excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7)(D).

11. AUSA Novaline Wilson does not oppose this motion.

WHEREFORE, Defendant moves that the Court vacate and continue the trial of this matter currently set on October 3, 2022, for approximately sixty (60) days and continue all pretrial deadlines until further order of this Court.

Respectfully submitted,

 /s/ Donald F. Kochersberger III
Donald F. Kochersberger III
320 Gold Ave. SW, Suite 610
Albuquerque, NM 87102
(505) 848-8581
(505) 848-8593 fax
Donald@BusinessLawSW.com

*Attorney for Defendant Kendale Johnson*

I HEREBY CERTIFY that on the 16th day of September 2022, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

 /s/ Donald F. Kochersberger III
Donald F. Kochersberger III
Attorney for Defendant