IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

       Plaintiff,

Vs.                         No. CR  20-2126 DHU

KENDALE JOHNSON,

       Defendant.

## ORDER GRANTING CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue October 3, 2022 Trial [35]**.**  The Court having considered the motion, being fully advised in the premises and in light of *United States v. Toombs*, 574 F.3d 1262 (2009), finds that the Defendant has by his motion, created a sufficient record to justify granting the motion to continue. *See id.* at 1271 (requiring that the record on a motion to continue contain an explanation of why the mere occurrence of the event identified by the parties as necessitating the continuance results in the need for additional time).

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Continue October 3, 2022 Trial [35] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Call of Calendar hearing of September 22, 2022 and the Jury Selection/Trial of October 3, 2022 are VACATED.  Call of Calendar, Jury Selection/Trial and corresponding deadlines are reset as follows:

| Event | Date/Deadline |
|---|---|
| Trial (trailing docket) at 9:00 a.m. | January 9, 2023 |
| Calendar Call | Thursday, December 15, 2022 at 10:00 a.m. |
| Motions in Limine | Friday, December 02, 2022 |
| Response to Motions in Limine | Friday, December 09, 2022 |
| Motions to Continue | Friday, December 09, 2022 |
| Jury Instructions and Voir Dire | Friday, December 09, 2022 |
| Witness and Exhibit Lists | Friday, December 09, 2022 |
| Rule 404(b), or 609(b) Evidence | Friday, December 2, 2022 |

Before Judge David Herrera Urias at the United States Courthouse, 333 Lomas Blvd., N.W., Mimbres Courtroom, 4th Floor in Albuquerque, New Mexico.

**IT IS FURTHER ORDERED** that the pretrial motion deadline is hereby extended until **Friday, December 02, 2022.**   The pretrial motion deadline applies to all motions, including Daubert Motions. Motions in Limine have a separate deadline.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161(h)(7)(A), the Court finds that the ends of justice served by granting the unopposed motion for continuance outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, all the time from the filing of the motion until the beginning of jury selection in this matter shall be excluded for the purpose of the Speedy Trial Act.

**IT IS FINALLY ORDERED** that counsel shall adhere to the Court's instructions and case management deadlines as set forth in the following attachment, "Pretrial Deadlines before The Honorable David Herrera Urias."

UNITED STATES DISTRICT JUDGE